No. 198. WALTER E. MEYERS, TRUSTEE, ETC., PLAINTIFF IN ERROR, *v.* A. SAMUELS ET AL. In error to the Supreme Court of the State of Ohio. Argued March 8, 1912. Decided March 11, 1912. *Per Curiam.* Dismissed for want of jurisdiction. *The Missouri & Kansas Inter-*

urban Railway Company v. The City of Olathe, Kansas, 222 U. S. 185, 187, and cases cited. Mr. John G. White, Mr. Amos Burt Thompson and Mr. W. B. Sanders for the plaintiff in error. Mr. Francis J. Wing and Mr. Nathan Loeser for the defendants in error.